# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | |
| v. | Case No. 24-mj-141 (RMM) |
| **MATTHEW PARKER KOHLER,** | |
| Defendant. | |

## NOTICE OF ERRATA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, states that the criminal complaint filed at ECF No. 1 names the defendant in this case as "Matthew Patrick Kohler." The government has since learned that Mr. Kohler's correct middle name is "Parker," rather than "Patrick."

The criminal information filed at 24-cr-237 correctly lists the defendant's name as "Matthew Parker Kohler." After consultation with the Clerk's Office, the government respectfully requests that this Court issue a Minute Order that directs the Clerk's Office to update the case caption to match the name on the Information.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   */s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov
(202) 252-7125